**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Dexter BUFKIN, Defendant–Appellant.**

No. 05–60381
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2007.

Jerry L. Rushing, U.S. Attorney's Office, Southern District of Missisippi, Jackson, MS, John Arthur Meynardie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Mississippi, Gulfport, MS, for Plaintiff–Appellee.

Dexter Bufkin, Coleman, FL, pro se.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Dexter Bufkin, federal prisoner # 29726–018, challenges the denial of Otis Bufkin's claim of a legal interest in certain property subject to forfeiture in Dexter Bufkin's guilty-plea conviction for interstate travel with the intent to distribute methamphetamine. Generally, "a party may not appeal a district court's order to champion the rights of another." *Rohm & Hass Texas, Inc. v. Ortiz Bros. Insulation, Inc.,* 32 F.3d 205, 208 (5th Cir.1994). Under 21 U.S.C. § 853(n)(2), "[a]ny person, *other than the defendant,* asserting a legal

interest in property which has been ordered forfeited to the United States may ... petition the court for a hearing to adjudicate the validity of his alleged interest in the property." Otis Bufkin filed such a petition. *See* § 853(n). Dexter Bufkin has no standing to file such a petition and has no standing to appeal the court's denial of Otis Bufkin's petition. *See* § 853(n); *Rohm & Hass Texas, Inc.,* 32 F.3d at 208.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.